

# United States District Court
# Eastern District of California

| | |
|---|---|
| CAROLE DICKSON | Case Number: 2:25-cv-02688-CSK |
| Plaintiff(s) | |
| V. | |
| PROSPER FUNDING, LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Manuel Santiago Hiraldo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Carole Dickson

On 07/20/2007 (date), I was admitted to practice and presently in good standing in the Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Pace et al, v. Omni Family Health No. 1:24-cv-01277-JLT-CDB App.: 2/28/25, Granted: 3/4/2025
Martin v. eXP Realty No. 2:24-cv-03142 App: 7/18/25, Granted: 7/18/25

Date: 10/04/2025    Signature of Applicant: /s/ Manuel S. Hiraldo

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Manuel Santiago Hiraldo |
| Law Firm Name: | Hiraldo P.A. |
| Address: | 401 E Las Olas Blvd., Ste. 1400 |
| City: | Fort Lauderdale   State: FL   Zip: 33301 |
| Phone Number w/Area Code: | (305) 336-7466 |
| City and State of Residence: | Fort Lauderdale, FL |
| Primary E-mail Address: | mhiraldo@hiraldolaw.com |
| Secondary E-mail Address: | mhiraldo@hiraldolaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ignacio Javier Hiraldo |
| Law Firm Name: | IJH Law |
| Address: | 1100 Town & Country Road |
| | Suite 1250 |
| City: | Orange   State: CA   Zip: 92868 |
| Phone Number w/Area Code: | (657) 200-1403   Bar #: 354826 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/6/2025

_/s/ Chi Soo Kim_
JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Manuel Santiago Hiraldo** , Florida Bar # **30380**, was duly admitted to

practice in this Court on **July 20, 2007**, and is in good standing as a member of the Bar of this

Court.

Dated at: **Miami, Florida** on October 04, 2025.

_Angela E. Noble_
Court Administrator • Clerk of Court